Submitted on briefs and record July 8, reversed and remanded for reconsideration
August 4, 1993

In the Matter of the Compensation of
Paula A. Ritcherson, Claimant.
SAFEWAY STORES, INC.,
*Petitioner*,

*v.*

Paula A. RITCHERSON,
*Respondent.*

(WCB 90-22278; CA A73285)

855 P2d 1171

Kenneth L. Kleinsmith and Meyers & Radler, Tigard, filed the brief for petitioner.

Dolores Empey and Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992).